WOODMERE PARK ASSOCIATION, INC., et al., Suing on Behalf of Themselves and on Behalf of All Other Resident Property Owners of Woodmere Park, Woodmere, New York, Similarly Situated, Appellants, v. CEDARPOINT REALTY Co., INC., et al., Respondents.— Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 672.]

JOSEPH ARAMOONIE, Respondent, v. LEWIS NEWMAN, Appellant.— The Trial Justice in his written decision made no finding inconsistent with his oral decision in favor of the plaintiff. His findings are supported by the evidence and are not contrary to the weight thereof. The motion at Special Term to add interest was not opposed. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

ELEANOR CABRI, Individually and as Administratrix of the Estate of EUGENE CABRI, Deceased, Appellant, v. LONG ISLAND RAIL ROAD COMPANY et al., Respondents.— Fair questions of fact on the issues of contributory negligence and negligence of each dependant were presented, which should have been submitted to the jury. Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ., concur.

DEER PARK RESTAURANT, INC., Appellant, v. ANNA O'NEILL, Respondent.— The judgment was entered as on a default and is not appealable (*Kirsch* v. *Herculean Products Co.,* 205 App. Div. 530). Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

CHRYSANTHE ECONOMOU, Respondent, v. CLARENCE H. LAMB, Individually and Doing Business as FAWN RIDGE SKI CENTER, Appellant.— (*Barnes & Co.* v. *Remington Optical Corp.,* 278 App. Div. 943; *Cohen* v. *Crawford Clothes,* 276 App. Div. 1083; *Johansen* v. *Gray,* 279 App. Div. 108.) Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.